UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>        Appellant<br><br>    v.<br><br>CHAPTER 7 TRUSTEE<br><br>        Appellee.<br><br>In Re:<br><br>LINDA A. GARMONG,<br><br>        Debtor. | 3:11-CV-0357-LRH-VPC<br><br><u>ORDER</u> |

Before the court is debtor Linda A. Garmong's motion to intervene. Doc. #12.[1]

On June 30, 2010, Linda Garmong filed a Chapter 7 bankruptcy petition. As part of her petition, she filed a form Schedule C claiming as exempt from the bankruptcy estate a limited life estate in property owned by appellant Gregory Garmong. Gregory Garmong offered to purchase the limited life estate and the Chapter 7 Trustee filed the appropriate motion on behalf of the bankruptcy estate.

---

[1] Refers to the court's docketing number.

On May 5, 2011, the bankruptcy court issued an order finding that the non-transferable limited life estate was not an asset of the bankruptcy estate that could be sold in accordance with Gregory Garmong's proposal. Subsequently, Gregory Garmong initiated the underlying bankruptcy appeal.

On July 8, 2011, Gregory Garmong filed his initial opening brief. Doc. #10. The Chapter 7 trustee did not file a response brief. Thereafter, Linda Garmong filed the present motion to intervene and leave to file a response brief. Doc. #12.

The court has reviewed the document and pleadings on file in this matter and finds that good cause exists to allow the debtor in the underlying bankruptcy, and the person to whom the limited life estate has vested, Linda Garmong, to intervene in this action. Accordingly, the court shall grant the motion to intervene and file Linda Garmong's attached response brief.

IT IS THEREFORE ORDERED that non-party debtor Linda Garmong's motion to intervene (Doc. #12) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court shall file intervener's attached response brief, attached as Exhibit 1 to the reply brief (Doc. #14, Exhibit 1).

IT IS FURTHER ORDERED that appellant shall have ten (10) days from entry of this order to file a reply brief.

IT IS SO ORDERED.

DATED this 15th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE